UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br>　　　　　　Plaintiff,<br>　v.<br>ALLEN VIGGERS,<br>　　　　　　Defendant. | CIV. S-04-2057 GEB DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Since Plaintiff's Status Report, which was filed June 2, 2005, indicates that a ruling on the default judgment hearing plaintiff seeks is now being considered by the Magistrate Judge, the presently scheduled Status Conference is continued to September 19, 2005. Plaintiff shall file a status report no later than September 6, 2005, in which Plaintiff is only required to explain the status of the default issue.

IT IS SO ORDERED.

Dated: June 6, 2005

　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge