UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN VIGGERS,<br><br>　　　　　Defendant. | 2:04-cv-02057-GEB-DAD<br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

　　　　Plaintiff's September 6, 2005, Status Report states the default judgment in this matter is currently pending before the magistrate judge. Therefore, the Status Conference is continued to December 12, 2005, at 9:00 a.m. Plaintiff shall file a status report no later than November 28, 2005, in which Plaintiff is only required to explain the status of the default issue.

　　　　IT IS SO ORDERED.

DATED: September 7, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge