UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>              Plaintiff,<br><br>  v.<br><br>ALLEN VIGGERS,<br><br>              Defendant. | 2:04-cv-02057-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        Plaintiff's November 21, 2005, Status Report states the default judgment in this matter is currently pending before the magistrate judge.  Therefore, the Status Conference is continued to February 21, 2006, at 9:00 a.m.  Plaintiff shall file a status report no later than February 7, 2006, in which Plaintiff is only required to explain the status of the default issue.

        IT IS SO ORDERED.

DATED:  December 5, 2005

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge