IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,                      2:04-cv-2057-GEB-DAD

    vs.

ALLEN VIGGERS,

        Defendant.              ORDER
_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On November 30, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 30, 2005, are adopted in full;

2. Plaintiff's motion for default judgment is granted in part and denied in part;

3. Judgment is entered against defendant Viggers on DirecTV's claims pursuant to 18 U.S.C. § 2511(1)(a) and 47 U.S.C. § 605(a), but not on the claim pursuant to 47 U.S.C. § 605(e)(4); and

4. No damages are awarded for defendant Viggers' violation of 18 U.S.C. § 2511(1)(a), however, $1,000 in damages, plus plaintiff's reasonable attorneys' fees and costs in the amount of $2,118, is awarded for defendant's violation of 47 U.S.C. § 605(a).

Dated:   December 20, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge